ROBERT E. SCHROTH, SR, ESQ. (SBN 103063)
ROBERT E. SCHROTH, JR, ESQ. (SBN 212936)
**SCHROTH & SCHROTH**
2044 First Avenue, Suite 200
San Diego, CA 92101-2079
Telephone: (619) 233-7521
Facsimile:  (619) 233-4516

Attorneys for Plaintiff, WILSON TADROS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSON TADROS, | ) CASE NO. |
| | ) |
| Plaintiff, | ) |
| | ) **COMPLAINT FOR VIOLATIONS** |
| vs. | ) **OF THE FEDERAL FAIR DEBT** |
| | ) **COLLECTION PRACTICES ACT** |
| COLLECTO, INC. D/B/A EOS CCA, | ) |
| and DOES 1 through 25 inclusive, | ) **DEMAND FOR JURY TRIAL** |
| | ) |
| Defendants. | ) |
| | ) |

## I.   INTRODUCTION

1. This is an action for damages brought by a consumer pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 ("FDCPA").

2. The FDCPA prohibits debt collectors from engaging in unfair or unconscionable practices in the collection of a consumer debt.

3. Defendant is subject to strict liability for sending a collection letter which violates the provisions of the FDCPA by exposing personal identifying information through the glassine window of the envelope that Defendant placed into the mails.

## II.     JURISDICTION

4.     Subject matter jurisdiction of this Court arises under 15 U.S.C. § 1692k, actionable through 28 U.S.C. §§ 1331 and 1337.

5.     Venue is proper as defendant regularly does business in this district and has caused harm in this district. 28 U.S.C. § 1391.

## III.     PARTIES

6.     Plaintiff Wilson Tadros ("Plaintiff" or "Tadros") is a consumer who resides in Fresno, California at 5249 West Roberts Avenue, Fresno, California  93722-7441.

7.     Defendant Collecto, Inc. d/b/a EOS CCA ("EOS") is debt collector with a principal place of business at 700 Longwater Drive, Norwell, Massachusetts 02061.

8.     Defendant regularly engages in the collection of consumer debts in this district through the use of the mails and telephone.

9.     Defendant regularly attempts to collect consumer debts alleged to be due another.

10.     Defendant is a "debt collector" as that term is contemplated in the FDCPA, 15 U.S.C. § 1692a(6).

## IV.     STATEMENT OF CLAIM

11.     On or about February 6, 2014, Defendant EOS mailed a collection letter to Plaintiff in an attempt to collect a consumer debt alleged due.  A copy of the February 6, 2014 letter is attached hereto as Exhibit "A" (redacted in part per Fed. R. Civ. 5.2).

12.     The collection letter was mailed by EOS to Plaintiff in a window envelope.

13.     Visible through the window of the envelope placed into the mails was the agency account number that EOS assigned to the account in attempting to collect from Plaintiff.

14. The account number constitutes personal identifying information.

15. Section 1692f of the FDCPA prohibits the use of unfair or unconscionable means to collect or attempt to collect a debt, including the use of any language or symbol other than the debt collector's name (only if it does not indicate the entity is in the debt collection business) or address on any envelope when communicating with a consumer by mail.

16. "The plain language of § 1692f(8) does not permit [an] envelope to display an account number." Douglass v. Convergent Outsourcing, 765 F.3d 299, 303 (3d Cir. 2014).

17. The disclosure of an account number implicates privacy concerns under the FDCPA, 15 U.S.C. § 1692(a).

## V. COUNT I
## (FAIR DEBT COLLECTION PRACTICES ACT)

18. Plaintiff repeats the allegations contained above as if the same were here set forth at length.

19. Defendant violated the Fair Debt Collection Practices Act by sending a collection letter displaying personal identifying information on the envelope addressed to Plaintiff which violates the provision of the FDCPA by:

   (a) using unfair or unconscionable collection practices in connection with the collection of a debt, in violation of 15 U.S.C. § 1692f; and

   (b) using any language or symbol on envelopes mailed to consumers that revealed information other than the debt collector's address, in violation of 15 U.S.C. § 1692f(8).

**WHEREFORE**, Plaintiff Wilson Tadros demands judgment against Defendant Collecto, Inc. d/b/a EOS CCA for:

   (a) Damages;

   (b) Attorney's fees and costs; and

(c)    Such other and further relief as the Court shall deem just and proper.

## VI.    JURY DEMAND

Plaintiff demands trial by jury as to all issues so triable.

Respectfully submitted:

DATE:    *February 2, 2015*          **SCHROTH & SCHROTH**

 */s/ Robert E. Schroth, Sr.*
ROBERT E. SCHROTH, SR. ESQ
2044 First Ave., Suite 200
San Diego, CA 92101
(619) 233-7521
Attorneys for Plaintiff