**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| WILSON TADROS, | ) | CASE NO. 1:15-cv-00175-AWI-BAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING STIPULATION** |
| vs. | ) | **RE: DISMISSAL OF ENTIRE ACTION** |
| | ) | **AND ALL PARTIES WITH PREJUDICE,** |
| COLLECTO, INC. D/B/A EOS CCA, and | ) | **PURSUANT TO FRCP 41(a)(1)** |
| DOES 1 through 25 inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The court has reviewed the Stipulation of Plaintiff WILSON TADROS and Defendant COLLECTO, INC. d/b/a EOS CCA to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Joint Stipulation between parties, the Court orders as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1)(A)(ii).  Each Party shall bear its own costs and expenses.

IT IS SO ORDERED.

Dated:  May 11, 2015

_____
SENIOR  DISTRICT  JUDGE